**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**ANTHONY J. SMITH**                                                                                   **PLAINTIFF**

**VS.**                                              **2:16-CV-00023-BRW**

**ARKANSAS DEPARTMENT OF
CORRECTION;** *et al.*                                                                           **DEFENDANTS**

**ORDER**

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed and the time for doing so has passed.[1] After careful consideration, I adopt as my findings in all respects the Proposed Findings and Recommended Disposition in their entirety.

Accordingly, Plaintiff's Complaint (Doc. No. 1) is DISMISSED without prejudice. This dismissal counts as a strike under 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 11th day of May, 2016.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] The response was due Monday, May 9, 2016.

1